UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -x

DEDRA DE LA ROSA,

                     Plaintiff,


          -against-


597 BROADWAY DEVELOPMENT CORP. AND GSM (RETAIL),

INC.,

                    Defendants.

 - - - - - - - - - - - - - - - - - - - - - -x


        Oral deposition of JIMMY ZUEHL, taken
pursuant to Notice, was held at the Law Offices of
SCHLAM STONE & DOLAN, LLP, 26 Broadway, New York,
New York, commencing October 21, 2014, 10:10 a.m.,
on the above date, before Amanda McCredo, a Court
Reporter and Notary Public in the State of New York.

                  - - -


         MAGNA LEGAL SERVICES
         1200 Avenue of the Americas
         New York, New York 10026
         (866) 624-6221



Page 2

```
 1
 2    A P P E A R A N C E S:
 3    PARKER HANSKI, LLC
                      Attorneys for Plaintiff
 4                    40 Worth Street, 10th Floor
                      New York, New York 10013
 5    BY: GLEN H. PARKER, ESQUIRE
 6
 7    SCHLAM STONE & DOLAN, LLP
                      Attorneys for Defendant
 8                    597 BROADWAY DEVELOPMENT CORP.
                      26 Broadway, 19th Floor
 9                    New York, New York 10004
      BY: ELIZABETH WOLSTEIN, ESQUIRE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 14

1                         J. Zuehl

2    experience?

3         A    Yes, it does.

4         Q    Except for the two community colleges?

5         A    Correct.

6         Q    Are you a registered architect?

7         A    No, I am not.

8         Q    Are you licensed to practice architecture

9    in New York?

10        A    I am not.

11        Q    Are you licensed to practice architecture

12   in any other state?

13        A    I am not.

14        Q    What is required to become a registered

15   architect in New York State?

16        A    In New York State, you're required to have

17   completed the intern development program, which I

18   have done through NCARB, the National Council

19   Accredited Architecture, I believe it is.  You're

20   required to pass seven tests, exams, which is what

21   I'm in the process of doing -- my first one being

22   next month -- and you are required to pay a fee

23   and provide an application to the State of New

24   York.

25        Q    Have you ever, in the past, taken any of



MAGNA
LEGAL SERVICES

1                          J. Zuehl

2      the sections on the test to become a registered

3      architect?

4          A    I have not.

5          Q    Have you taken a test to become a licensed

6      architect in any other state?

7          A    I have not.

8          Q    Since you are not a registered architect,

9      you're not qualified to sign and seal drawings in

10     New York State; is that right?

11         A    That is correct.

12         Q    In New York State, the only architects who

13     can sign and seal drawings are registered

14     architects, correct?

15         A    I believe engineers, as well, can sign

16     drawings.

17         Q    Speaking of architects, though, to sign

18     and seal drawings in New York State, you have to

19     be a registered architect, correct?

20         A    Yes.

21         Q    You are not qualified to submit

22     architectural drawings to the New York City

23     Department of Buildings, correct?

24         A    I can submit architectural drawings,

25     assuming they are signed and stamped by a



Page 16

1                         J. Zuehl

2     registered architect.

3          Q     You need another architect to be the

4     submitting architect of record for the New York

5     City Department of Buildings?

6          A     Correct.

7          Q     So, the application or any submission

8     would not be in your name; is that right?

9          A     I believe so.

10         Q     Meaning, you believe it would not be in

11    your name?

12         A     Yes.  I have to say, I believe, and I'm

13    not certain, however, because I have worked,

14    again, with engineers who have submitted drawings,

15    and the application can be under other people's

16    names as long as there's an architect of record or

17    engineer of record attached to that application.

18         Q     Have you ever, as the architect of record,

19    submitted an application to the New York City

20    Department of Buildings?

21         A     I have not.

22         Q     Have you ever submitted an application to

23    the New York City Landmarks Preservation

24    Commission?

25         A     I have not.



1                          J. Zuehl

2              MR. PARKER:  Exhibit 2 that you handed him

3        has the photos.

4              MS. WOLSTEIN:  It has the photos, okay.

5        Q     So Exhibit 2 is your complete report that

6        you submitted?

7        A     That I submitted, correct, for Parker

8        Hanski.

9        Q     And you made a site visit to the store, at

10       least the outside of the store, on July 10, 2014?

11       A     That is correct.

12       Q     And did you take some measurements when

13       you were there?

14       A     I did.

15       Q     And you measured that the steps are

16       approximately 15 and a half inches high, I'm

17       looking at page two, is that right, box three?

18       A     Correct.

19       Q     If you look at Sketch 1A on page four, do

20       you see that?

21       A     Yes.

22       Q     Did you prepare this drawing, Sketch 1A?

23       A     Yes, I did.

24       Q     This is a drawing of a ramp that you say

25       could be built outside the store providing access



Page 32

1                      J. Zuehl

2      rectangular (indicating).

3          A    Yes.

4          Q    On the ramps on your design, how high off

5      the ground is this part (indicating)?

6          A    It depends on where you take it.  At the

7      bottom of the ramp, it would be architectural 00.

8      At the top of the ramp, at the door, it would be

9      plus 15 inches.

10         Q    Where does the ramp begin?  That's why,

11     maybe, I'm a little confused.

12         A    The ramp begins four feet beyond the

13     building.

14         Q    Does the ramp begin where it says, "new

15     ramp," or does it begin at the line that says 00?

16         A    The line that says new ramp is a

17     dimension, and is not the ramp.  The line that

18     says 00 is the ramp.

19         Q    So that bottom rectangle is just a

20     dimension?

21         A    Correct.

22         Q    So when you say the slope is 13 percent,

23     you're referring to the line 00 up to the door or

24     the entrance?

25         A    Correct.



Page  33

1                         J. Zuehl

2        Q     The flare on the left side also extends

3    four feet out from the storefront?

4        A     Flare on the left side, correct.

5        Q     And that left side flare extends out in

6    front of the neighboring property?

7        A     That is correct.

8        Q     Where is the manhole cover on the street

9    in relation to your drawing?

10       A     It's outside the confines of my drawing.

11   It's not showing because my drawing is only

12   showing --

13       Q     You could draw on there.  Do you have a

14   pen?  Are you able to draw where the manhole cover

15   is in relation to your drawing, on your drawing?

16       A     Not really.  I mean, this is an AutoCAD

17   drawing with its dimensions.  And so, without

18   actually dimensioning -- I mean, I would

19   approximate again.  But it wouldn't be accurate.

20       Q     When you say "AutoCAD drawing," what do

21   you mean by that?

22       A     AutoCAD is a computer device that allows

23   designers to accurately depict designs.  Sorry,

24   I've never had to describe AutoCAD before.  It's a

25   computer program that allows you to draft, and



Page 34

1                          J. Zuehl

2    that's probably the better way to say it.

3        Q    Does the ramp in Sketch 1A have a level

4    platform or landing at the top of the ramp by the

5    door to the store?

6        A    It does.

7        Q    It does?

8        A    Yes.

9        Q    Where is that?

10       A    That is inside the store, inside the door.

11       Q    Inside?

12       A    Yes.

13       Q    How about outside, is there a level

14   platform?

15       A    That is why there is an automatic door,

16   because the door in the open position would allow

17   you up the ramp and land inside the building.

18       Q    Is there a level platform or landing at

19   the top of the ramp outside the building?

20       A    There is not.

21       Q    Does the ramp in Sketch 1A have handrails?

22       A    It does not.

23       Q    And the door to the store opens outward,

24   correct?

25       A    That is correct.



Page 38

1                        J. Zuehl

2    property.

3        Q    It extends 44 inches instead of 48 inches?

4        A    That is correct.

5        Q    Is there any other difference between the

6    ramp design in Appendix 2 and Sketch 1A?

7        A    Other than the building is hatched in

8    Sketch 2 and is -- is hatched in Sketch 1A and is

9    not hatched in Sketch 2.

10       Q    What do you mean by "hatched"?

11       A    I'm just wanting to make sure I'm

12   answering honestly, but it's honestly just a

13   drafting difference in that the building area that

14   is demised as Billabong is hatched, is a darker

15   color.  And that hatch has been removed in

16   Appendix 2.

17       Q    That doesn't have anything to do with the

18   design, though, of the ramp, does it?

19       A    It does not.  You are correct in what you

20   are saying.

21       Q    Would it be accurate to say the only

22   difference between Sketch 1A and Appendix 2 is

23   that, in Appendix 2, the ramp extends 44 inches

24   rather than 48 inches as in Sketch 1A?

25       A    Correct, for the design of the ramp.


MAGNA
LEGAL SERVICES

1              J. Zuehl

2     Q    And the flare ramp extends out 44 inches

3  on the right and on the left, yes?

4     A    That is correct.

5     Q    And the left flare extends out in front of

6  the neighboring store?

7     A    That is correct.

8     Q    And on Appendix 2, there is no level

9  platform or landing at the top of the ramp outside

10 the store, correct?

11    A    That is correct.

12    Q    The Appendix 2 ramp has no handrails,

13 correct?

14    A    That is correct.

15    Q    Would building this ramp require removal

16 of the steps to the store?

17    A    Yes, it would.

18    Q    And the slope here on Appendix 2 is shown

19 as 13 percent?

20    A    That is correct.

21    Q    How can the slope of a 44-inch ramp be the

22 same as the slope of a 48-inch ramp?

23    A    Because, based on my experience in the

24 design of ramps, you have to build in a

25 construction tolerance because the contractors, if



Page 45

1                          J. Zuehl

2     measurement recorded somewhere in your notes?

3         A     I do not.

4         Q     And turning to the next page, 593

5     Broadway.

6         A     Okay.

7         Q     Would it be accurate to say you also do

8     not know the height of the entrance step at that

9     door front?

10        A     That is correct.

11        Q     You don't have that written down

12    somewhere?

13        A     I do not have that information written

14    down.

15             MS. WOLSTEIN:  Why don't we take a short

16        break.

17                     (Whereupon, a recess was taken.)

18        Q     Would you agree that the ramp drawing in

19    Appendix 2 does not comply with the ADA 2010

20    design standards?

21        A     I would agree, yes.

22        Q     Let's go back to Exhibit 2, which was the

23    July 10th report.  Go to page 3, please.  If you

24    could look at the last sentence to the first

25    paragraph, starting with the attached Sketch 2A



Page 46

1                         J. Zuehl

2      proposal.

3              Do you see that?

4      A     The attached Sketch 1A?

5      Q     Mine says 2A.

6              MR. PARKER:  We're talking about the last

7      sentence on page 3?

8              MS. WOLSTEIN:  No, the last sentence in

9      the first paragraph.

10     Q     The attached Sketch 2A, do you see that

11     sentence?

12     A     Yes.

13     Q     Could you read it to yourself and tell me

14     when you're done.

15     A     Okay.

16     Q     What do you mean in that sentence when you

17     say, "Assumes that permission is granted to

18     utilize this area"?  What do you mean by that

19     sentence?

20     A     Meaning, that you applied for the

21     appropriate permits to use the space in the

22     sidewalk.

23     Q     Your drawing in Sketch 2A assumes that all

24     the necessary permits are issued?

25     A     Permits, waivers, variances, anything



1                          J.  Zuehl

2     that's  necessary.   Ultimately,  permission  is

3     granted.

4         Q     From  all  the  agencies  that  are  required  to

5     give  permission?

6         A     Correct.

7         Q     Then  can  you  look  at  page  5  of  5,  Sketch

8     2A.   Did  you  draw  this  drawing?

9         A     I  did.

10        Q     And  this  depicts  a  proposed  wheelchair

11    lift?

12        A     Yes.

13        Q     What  are  the  dimensions  of  the  lift?

14        A     Well,  this  lift  was  generic  dimensions

15    before  I  had  contacted  a  lift  manufacturer.   So,

16    it's  a  lift  that  allows  for  the  required  48  inches

17    by  30  inches  of  clear  floor  space  in  the  lift

18    zone.

19        Q     So,  you're  talking  about  the  low  position

20    shows  some  dimensions  there?

21        A     Correct.

22        Q     And  those  dimensions  are  not  of  the  lift,

23    but  are  of  clear  space?

24        A     That  is  correct.

25        Q     What  does  that  mean  exactly,  "clear



Page 51

J. Zuehl

2     Q     Did you draw this Appendix 3 drawing?

3     A     I did.

4     Q     And does this proposed design also assume

5   that all the necessary permits from the City

6   agencies would be granted?

7     A     Of course, yes.

8     Q     How does this lift in Appendix 3 differ

9   from the lift we were just looking at in Sketch

10   2A?

11     A     As I said, regarding Sketch 2A, this was a

12   very early conceptual sketch.  When I started

13   doing Appendix 3, I reached out to a lift

14   manufacturer to get more requirements, something

15   that usually the architect would do.  But because

16   the architect didn't seem to want to take that

17   next course, I reached out to a lift manufacturer.

18   He recommended a specific lift.  The Garaventa

19   Artira that's noted there.  Because he was able to

20   recommend a certain lift, I was able to get an

21   actual more detailed drawing of the lift size and

22   parameters.  And so, this drawing is somewhat of

23   an evolution of the previous drawing with

24   additional information.

25          These are not construction documents, but



1                           J. Zuehl

2     they are getting closer to being more realistic.

3     They show the lift rail attachment, as you had asked

4     about in the previous sketch, being floor mounted.

5     They also show the drive box, which was not showed

6     before.

7          Q    The drive box, where is that, and what is

8     it?

9          A    That is the square that's just to the

10    right of the door.

11         Q    The solid line rectangle?

12         A    The solid rectangle, correct, that the

13    rail seems to die into.

14         Q    Okay.

15         A    I would like to clarify, still, while they

16    are much more developed than the previous

17    conceptual sketches, that these are still

18    conceptual sketches.

19              The next step would be to detail these

20    further into -- the drive box can go anywhere.  The

21    drive box can go in the building, the drive box can

22    go outside the building, it can be at the bottom, it

23    can be at the top.  The configuration of the rail

24    could be different.  This just seemed to be a

25    proposal that gets a lot more to meeting the



Page 54

```
 1                        J. Zuehl
 2    appropriate permits.
 3        Q    Who did you talk to at the lift company?
 4        A    I don't know his last name, but his first
 5    name is Dean.
 6        Q    Which company was that, Handi-Lift?
 7        A    Handi-Lift, correct.
 8        Q    What did you talk to him about?
 9        A    I explained to him that I had a building
10    with approximately 15, 15-and-a-half change of
11    elevation, what the constraints was, that there
12    was an entrance door, there was standpipes, there
13    was obviously the right-of-way, the sidewalk.  I
14    explained to him what my parameters were and
15    whether we could find a lift that could work
16    within those parameters.
17             There are numerous lift manufacturers out
18    there.  Some lifts, again, don't even meet the ADA
19    requirements because they don't have that clear
20    floor space.  That's why it's important, at some
21    point, to reach out to a lift manufacturer to start
22    to develop the drawings more and provide that level
23    of detail.
24        Q    So, you asked him to recommend a
25    particular model of lift based on what you
```



1                          J. Zuehl

2   it can be done.  And it might not necessarily have

3   to be done the way those drawings show, but that it

4   can be done.

5        Q    When you say, "that it can be done," you

6   mean that it can be done physically, you're not

7   talking about from a permitting point of view?

8        A    Correct, that it can be done physically.

9        Q    Do you expect any of the dimensions to be

10  different on the final drawings that come out of

11  this exchange-of-drawings process?

12       A    Yes.  However, there are dimensions that

13  are important to me, parameters I guess you could

14  say, that I would like to stay within.  So

15  dimensions, on this drawing, yes, could change.

16       Q    Which do you think could change?

17       A    Any number of them.  I think the easiest

18  way for me to answer that question is that I know

19  that there is a disinterest from having to go to

20  the Department of Transportation.  So, I would

21  like to make sure that it stays within 44 inches.

22  So, that dimension I do not intend to change.

23            However, how far the lift is off the wall,

24  showing 18 inches, could be closer, could be farther

25  away.  Probably closer.  The easiest way for me to



Page 61

1                      J. Zuehl

2    answer the question is, yes, I envision the

3    dimensions changing.

4        Q    What is the weight of this particular

5    model of lift in Appendix 3?

6        A    I don't know the weight off the top of my

7    head, but it is information that's available on

8    the website.

9        Q    How is the railing attached in Appendix 3?

10       A    In Appendix 3, it's floor mounted.

11       Q    How does that work?

12       A    There's usually a vertical post that is

13   attached, typically, with angles.  That's my

14   answer.  I guess I could get more technical,

15   but --

16       Q    Would it have to be mounted on the steps?

17       A    It could be.  One of the conversations I

18   had with the lift manufacturer is, once we confirm

19   that this is the correct lift and the correct

20   design, whether or not those mounts would be on

21   the steps or if they would be on the actual

22   finished floor ground level below.  Again, that's

23   part of further design development.

24           MS. WOLSTEIN:  Would you mind if I look at

25       Exhibit 2?



Page 62

                              J. Zuehl

1

2          MR. PARKER:  (Handing.)

3      Q    I'm looking at page 1 of the images on

4    Exhibit 2.  I guess I don't understand how the

5    lift could be attached to the ground.

6      A    Well, this is why I say there's further

7    design development.  That once the design and the

8    lift is chosen, we would, one, want to determine

9    whether or not the stairs themselves could support

10   the lift.  And if not, what is underneath the

11   stairs, does the concrete extend beyond.  We're

12   assuming there's a finished floor underneath

13   there.  Again, that's part of further design

14   development.

15     Q    So, it might end up being not a floor

16   mounted, but a wall mounted lift -- rail, I should

17   say, the rails.

18          Is it possible that, at the end of the

19   process, the rails could be mounted on the building

20   rather than on the steps?

21     A    It's possible.  Though, anything's

22   possible.  It's more likely, from the standpoint

23   of construction, that it would be mounted on the

24   ground.  But, yes, it is possible.

25     Q    When you say "ground," do you mean on the



Page 64

1                          J. Zuehl

2    ways, which means, again, nonruining of the steps.

3    Cameras, that you can actually stick a camera in

4    either a crevice, or is there is a crack in the

5    building.  Or, if you have to, put a small hole so

6    a camera could fit down there.

7              Another way would be to look if there are

8    any building plans that would show the construction

9    of the steps, so we know.  Maybe from the basement

10   you can see the underside of the steps, so it could

11   be from simple observation.

12        Q    But all that would have to be determined

13   in finalizing the design for the final lift?

14        A    Correct.

15        Q    And so, today, as of today, you don't know

16   whether the stairs could support the lift with a

17   floor-mounted rail?

18        A    Correct.

19        Q    One potential design that you would be

20   considering in your exchange of drawings, to

21   remove some material from the steps and mount the

22   rail underneath what's the top layer of the step,

23   at this point?

24        A    I don't believe there would be an

25   intention to remove the steps, but it's possible



1                          J. Zuehl

2      you would have to penetrate the steps to find a

3      structural member.

4           Q     That would support the rail?

5           A     That would support the rail, correct.

6           Q     So, as of today, you don't know exactly

7      where the rail would be mounted?

8           A      We know where the rail would be.  However,

9      where exactly the mounting posts would go, we

10     don't know.  Which that's some security that has

11     been given to me that, you know, the rail in

12     general and the position of the lift and how it

13     gets from the ground up to the landing is fairly

14     clear.  We may have to try and figure out where

15     the rail would attach.  Ideally, floor mounted

16     from the lift manufacturer themself is what they

17     recommend.  But, again, there are other options.

18          Q     You mean, building-mounted?

19          A     Yeah.  Building-mounted or floor-mounted.

20     Actually, again, penetrating the floor -- the

21     landing, I'm sorry.

22          Q     So, could you show me on your copy of

23     Appendix 3, could you just draw where the rail

24     goes -- is, just color it in, color it in blue, or

25     just outline it or something.



Page 66

1                          J. Zuehl

2        A    (Witness complies.)

3             That's the rail.  It sits in front of the

4    mounting brackets (indicating).

5        Q    Those things sticking between the rail and

6    the storefront are mounting brackets?

7        A    Correct.

8        Q    How do they work?

9        A    There's a piece of steel that usually

10   attaches with angles to the rail itself, as well

11   as to whatever surface it's attaching to.

12       Q    In this drawing, are these brackets

13   attached to the storefront?

14       A    In this drawing, no, they're attached to

15   the floor.  I should add that I'm not, again, a

16   structural lift expert.  This is information I'm

17   relying on from the manufacturer.  So, I actually

18   don't think it's really appropriate for me to talk

19   about how it's attached.

20            Again, I can --

21       Q    You don't feel it's within your expertise

22   to talk about the details of installing the lift?

23       A    Correct.

24       Q    How it would work?

25       A    Well, I can tell you, conceptually, how it



Page 67

```
 1                        J. Zuehl
 2     would work, but the lift manufacturer is the one
 3     that has to design the structure.  I can propose
 4     something, and I can tell you how I think it
 5     should go together, but the lift manufacturer will
 6     have their own recommendations as well.
 7          Q    Well, you and your side of the case has
 8     put forward a proposed drawing of a proposed lift.
 9          A    Correct.
10          Q    So I'm trying to understand, you know,
11     what it means and what it doesn't mean.  So that's
12     why I'm asking you these questions.
13               The mounting bracket in your drawing is
14     mounted to the top of the step; is that right?
15          A    There is one bracket on the top of the
16     step, and there is another bracket on the landing,
17     and another bracket on the ground.
18          Q    Do you know whether these brackets would
19     be sufficient to hold the weight?
20          A    I do not know.
21          Q    Of the rail?
22          A    No.
23          Q    Of the lift?
24          A    No.  Those are the calculations that
25     anyone would need to do with the lift
```



Page 78

```
 1                    J. Zuehl
 2   Department, Mayor's Office, it can involve the
 3   Department of Transportation.  Even technical
 4   affairs, it can involve the Commissioner.  It's all
 5   really one entity that wants to find a solution.
 6        Q    Well, if you didn't show the person the
 7        drawings, what did you describe to him when asking
 8        him if you're missing something?
 9        A    Off the top of my head, I don't know if I
10        can give you an exact description of what I spoke
11        about other than what I already said.  That,
12        generally speaking, in a situation where we have a
13        step up to multiple steps, two steps I believe I
14        said, up to a building entrance, you know, the
15        ramp doesn't seem feasible, yet I know that
16        there's these things in place that can allow you
17        to exceed those.  Is there something, you know, do
18        you agree.  Again, I don't even know if I'm
19        paraphrasing because this conversation was a month
20        ago and I speak to many people about many things.
21        Q    So, you asked the person's input without
22        showing any drawings?
23        A    Correct.
24        Q    And I'll ask you again what office the
25        person was in, in the Department of Buildings?
```



Page 84

```
 1                        J. Zuehl
 2        Q    Without regard to whether the necessary
 3    permits would be granted?
 4        A    I guess you could say that.  Generally
 5    speaking, you know, any designer tries to think
 6    about other aspects with the Code and what might
 7    be triggered with respect to that.
 8              Just like your own architects are focusing
 9    on a ramp, some examiners say, "You need handrails."
10    From an accessibility standpoint, I do consider
11    myself an expert.  So from an accessibility
12    standpoint, I think those would be final ramp
13    designs that would comply with the New York City
14    Building Code and ADA, from an accessibility
15    standpoint.
16        Q    Back to Appendix 3.  I'm not sure I asked
17    this.  The placement of the mounting brackets
18    could conceivably change in the final, what you
19    consider the final, drawing of this lift; is that
20    right, is that what you said?
21        A    Yes.
22        Q    Going back to page 4 of 4 on Exhibit 3?
23        A    Okay.
24        Q    If you go down to 3A, "Alterations of
25    Historic Material"?
```

