**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEDRA DE LA ROSA,<br><br>                                    *Plaintiff,*<br><br>vs.<br><br>597 BROADWAY DEVELOPMENT CORP.<br><br>                                    *Defendant.* | ECF Case<br><br>No. 13-CIV-7999 (LAK) (MHD)<br><br>**DECLARATION OF ELIZABETH WOLSTEIN IN OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION** |

Pursuant to 28 U.S.C. § 1746, Elizabeth Wolstein declares, under penalty of perjury, that the following is true and correct:

1. I am a member of Schlam Stone & Dolan LLP, counsel to Defendant 597 Broadway Development Corp. ("Defendant" or the "Landlord") in the above captioned action. I submit this Declaration in opposition to Plaintiff's motion for summary judgment. The matters set forth below are based upon my personal knowledge.

2. Attached hereto as Exhibit A is a true copy of a Stipulation Withdrawing Plaintiff's First and Sixth Causes of Action and Other Claims, dated May 28, 2014, and so-ordered by this Court on June 4, 2014.

3. Attached hereto as Exhibit B is Plaintiff's amended complaint in this action.

Executed: New York, New York, December 19, 2014

                                                                   ___/ Elizabeth Wolstein_____