Elizabeth Wolstein
Partner

212 612-0688
ewolstein@schlamstone.com

**SCHLAM STONE & DOLAN LLP**

26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

July 31, 2018

<u>BY ECF FILING</u>
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *De La Rosa v. 597 Broadway Development Corp.*,
              No. 13 Civ. 7999 (LAK) (GWG)

Dear Judge Gorenstein:

We represent the defendant landlord, 597 Broadway Development Corp. (the "Landlord"), in the above-referenced action, which asserts claims under the Americans with Disabilities Act and analogous New York State and New York City law. I write respectfully with the Landlord's periodic status report for the period ending July 31, 2018.

The Landlord's intention to coordinate the wheelchair lift installation with the end of the current retail tenant's lease has not changed since the filing of our last status report in April 2018. We have learned that the retail tenant's lease terminates in April 2019, and the Landlord intends to undertake installation of the wheelchair lift promptly upon termination of the lease. In the meantime, the storefront remains equipped with a sign directing wheelchair users to a call button, which when rung results in the setting up of a portable ramp by which a wheelchair user may enter the store. To the Landlord's knowledge no wheelchair user who has sought to enter the store, if any, has been unable to do so during the period the portable ramp has been in operation.

The Landlord proposes to submit its next status report by no later than October 31, 2018.

Thank you for your consideration of this matter.

Respectfully,

*/s/ Elizabeth Wolstein*

Elizabeth Wolstein


cc:  Glen Parker, Esq. and Adam Hanski, Esq. (by ECF filing)