UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DEDRA DE LA ROSA,  :

           Plaintiff,  :  ORDER

   -v.-  :  13 Civ. 7999 (LAK) (GWG)

597 BROADWAY DEVELOPMENT CORP.
et al.,  :

           Defendants.  :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     The parties are directed to file a letter updating the Court on the status of the case on or before May 17, 2021.

SO ORDERED.

Dated: May 3, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge