UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DEDRA DE LA ROSA,                              :

                                                          :
             Plaintiff,                                     ORDER
                                                            :
    -v.-
                                                             :       13 Civ. 7999 (LAK) (GWG)


597 BROADWAY DEVELOPMENT CORP.
et al.,                                                 :

            Defendants.                            :
-------------------------------------------------------------x
GABRIEL W. GORENSTEIN, United States Magistrate Judge

      With regard to the motions docketed as ## 134 and 136, Judge Kaplan has referred dispositive motions in this case to the undersigned (Docket # 2). Construing Docket # 134 as a request for a pre-motion conference for defendants' planned motion to dismiss, the pre-motion conference requirement is waived. Any such motion shall be filed by September 10, 2021, and shall comply with Local Civil Rule 7.1(a). Briefing shall be in accordance with paragraph 2.B of the Court's Individual Practices. The parties are encouraged to discuss a resolution of this matter in the meantime. The Clerk is requested to terminate the motions docketed as ## 134 and 136.

SO ORDERED.

Dated: August 17, 2021
       New York, New York

                                                                        GABRIEL W. GORENSTEIN
                                                                        United States Magistrate Judge